| | |
|---|---|
| 1 | Daniel L. Rasmussen, Bar No. 120276 |
| 2 | Julie J. Bisceglia, Bar No. 119534 |
|   | Ezra J. Reinstein, Bar No. 224748 |
|   | PAYNE & FEARS LLP |
| 3 | Attorneys at Law |
|   | 4 Park Plaza, Suite 1100 |
| 4 | Irvine, CA 92614 |
|   | Telephone: (949) 851-1100 |
| 5 | Facsimile: (949) 851-1212 |
|   | E-Mail:  dlr@paynefears.com |
| 6 |        jjb@paynefears.com |
|   |        ejr@paynefears.com |

Attorneys for Defendants
Walt Disney World Co., The Walt Disney Company, and Disneyland International, Inc.

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA BAUGHMAN, | CASE NO. SACV07-1108 CJC (MLGx) |
| Plaintiff, | **Stipulation for Voluntary Dismissal of Defendants Walt Disney Company and Disneyland International, Inc.** |
| v. | |
| WALT DISNEY WORLD COMPANY; WALT DISNEY COMPANY; DISNEYLAND INTERNATIONAL, INC., a California corporation; and DOES 1 through 10, inclusive, | Courtroom:  9B |
| | Judge:  Cormac J. Carney |
| Defendants. | |

1  IT IS HEREBY STIPULATED AND AGREED, pursuant to Fed. R.
2  Civ. P. 41(a)(1), by and between the parties to this action, to dismiss Plaintiff Tina
3  Baughman's Complaint, and each and every claim, cause of action and prayer for
4  relief contained therein, as to Defendants Walt Disney Company and Disneyland
5  International, Inc., without prejudice.  Plaintiff and Defendants Walt Disney
6  Company and Disneyland International, Inc., shall bear their own fees and costs.

8  SO STIPULATED,

10  DATED: August _11_, 2008     PAYNE & FEARS LLP

   By: _____/s/ Daniel L. Rasmussen_____

   DANIEL L. RASMUSSEN

   Attorneys for Defendant
   Walt Disney World Co., Walt Disney Co., and
   Disneyland International, Inc.

17  DATED: August _12_, 2008     DAVID GEFFEN LAW FIRM

   By: _____/s/ David Geffen_____

   DAVID GEFFEN

   Attorneys for Plaintiff Tina Baughman.

4848-1166-1314.1