JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| TINA BAUGHMAN, | CASE NO. SACV07-1108 CJC (MLGx) |
|---|---|
| Plaintiff, | **[~~Proposed~~] Order Re: Stipulation for Voluntary Dismissal of Defendants Walt Disney Company and Disneyland International, Inc.** |
| v. | |
| WALT DISNEY WORLD COMPANY; WALT DISNEY COMPANY; DISNEYLAND INTERNATIONAL, INC., a California corporation; and DOES 1 through 10, inclusive, | Courtroom: 9B<br>Judge: Cormac J. Carney |
| Defendants. | |

1 | Pursuant to the stipulation of the parties:

3 | IT IS HEREBY ORDERED that, pursuant to FRCP 41(a)(1), Plaintiff Tina Baughman's Complaint and each and every claim, cause of action and prayer for relief contained therein, shall be and is dismissed as to Defendants Walt Disney Company and Disneyland International, Inc., without prejudice.  Plaintiff and Defendants Walt Disney Company and Disneyland International, Inc., shall bear their own fees and costs.

DATED:  ___August 22, 2008_____

_____
Honorable Cormac J. Carney
Judge of the United States District for the
Central District of California

Submitted by:

PAYNE & FEARS LLP
Daniel L. Rasmussen, Bar No. 120276
Julie J. Bisceglia, Bar No. 119534
Ezra J. Reinstein, Bar No. 224748
4 Park Plaza, Suite 1100
Irvine, CA 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212

Attorneys for Defendants
Walt Disney World Co., The Walt Disney Company, and Disneyland International, Inc.

4826-3147-5202.1