Submitted by:
David G. Geffen, Esq.
DAVID GEFFEN LAW FIRM
530 Wilshire Blvd., Suite 205
Santa Monica, CA 90401
Telephone: (310) 434-1111

Attorney for Plaintiff TINA BAUGHMAN

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 20 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA BAUGHMAN, an individual<br><br>Plaintiff,<br><br>vs.<br><br>WALT DISNEY WORLD COMPANY;<br>WALT DISNEY COMPANY;<br>DISNEYLAND INTERNATIONAL, INC.,<br>a California corporation; and DOES<br>1 through 10, inclusive,<br><br>Defendants. | CASE NO.: SACV07-1108 CJC (MLGx)<br>[Hon. Cormac J. Carney]<br><br>[PROPOSED] JUDGMENT |

Pursuant to the Court's Order entered on February 26, 2010, Judgment is Granted in favor of Defendant WALT DISNEY WORLD COMPANY and against Plaintiff TINA BAUGHMAN on Ms. Baughman's Americans with Disabilities Act claim. The rest of Ms. Baughman's claims have been remanded to State Court.

IT IS SO ORDERED:

DATED: April 19, 2010

Hon. Cormac J. Carney
United States District Judge

---

[PROPOSED] JUDGMENT ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

1