Daniel F. Fears, Bar No. 110573
Email: dff@paynefears.com
Daniel L. Rasmussen, Bar No. 120276
Email: dlr@paynefears.com
Daniel F. Lula, Bar No. 227295
Email: dfl@paynefears.com
PAYNE & FEARS LLP
4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212

Attorneys for Defendant WALT DISNEY PARKS AND RESORTS U.S., INC. (FORMERLY KNOWN AS WALT DISNEY WORLD CO.)

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA BAUGHMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>WALT DISNEY WORLD COMPANY; WALT DISNEY COMPANY; DISNEYLAND INTERNATIONAL, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO. SACV07-1108 CJC (MLGx)<br><br>**NOTICE OF FINAL SETTLEMENT AND RENEWED REQUEST FOR DISMISSAL**<br><br>Date:       n/a<br>Time:       n/a<br>Courtroom:  9B<br>Judge:      Hon. Cormac J. Carney |

**PLEASE TAKE NOTICE THAT** pursuant to Local Rule 16-15.7 of the Central District of California, Defendant Walt Disney Parks and Resorts U.S., Inc. (formerly known as Walt Disney World Co.) ("Disney") hereby informs the Court that Plaintiff's claims in this case have been settled <u>with finality</u> as part of a nationwide class action in *Ault v. Walt Disney World Co.* (M.D. Fla. Case No. 6:07-cv-01785-GAP-KRS). The *Ault* settlement became final on April 15, 2013, when the Supreme Court denied certiorari in *Miller v. Walt Disney World Co.,* --- S.Ct. ---

(2013), 2013 WL 140294. A copy of the *Miller* decision, including its procedural history, is attached as Exhibit "A."

This Court has already determined that the *Ault* settlement bars Plaintiff's claims in the instant action. On October 22, 2012, the Court granted Disney's Motion to Stay this case based on the pending settlement in *Ault*. As stated in the Court's Order:

> "It would be a tremendous waste of judicial resources and create a hardship for Disney if the case proceeds and subsequently the Agreement [in *Ault*] goes into effect. As previously discussed, <u>Ms. Baughman's claims are barred by the Agreement</u>. If the Agreement becomes effective, the Court will likely dismiss this case. . . it simply makes more sense to stay this case pending the final resolution of the class action, rather than expend considerable resources litigating claims that are likely to be dismissed in the near future. . . Ms. Baughman's concerns were adequately addressed by the Florida district court and Eleventh Circuit. If the Agreement ultimately goes into effect, it is just and fair that she be bound by its terms."

Order Denying Defendant's Motion to Dismiss and Granting Defendant's Motion to Stay, p. 6 [emphasis added].

Plaintiff previously objected to the proposed dismissal of this action on the ground that the *Ault* settlement had not yet been finalized, and that the time for any affected party to seek a writ of certiorari had not yet run. That is no longer the case. Because the approved *Ault* class action settlement bars Plaintiff's ADA claims

1 against Disney, and all appeals of the *Ault* settlement have been exhausted,
2 Plaintiff's claims in this suit should now be dismissed with prejudice.
3
4 DATED: May 8, 2013                    PAYNE & FEARS LLP
5
6                                       By: */s/ Daniel F. Fears*
                                             DANIEL F. FEARS
7
8 Attorneys for Defendant WALT DISNEY PARKS AND RESORTS U.S., INC. (FORMERLY KNOWN AS WALT DISNEY WORLD CO.)
9
10 4847-9573-8899.1

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CA 92614
(949) 851-1100

## INDEX OF EXHIBITS

**EXHIBIT NO.**         **DESCRIPTION**

"A"                     Decision Re: *Miller v. Walt Disney World*

Miller v. Walt Disney World Co., --- S.Ct. ---- (2013)
81 USLW 3411

2013 WL 140294
Supreme Court of the United States

MILLER, JERRY, ET AL. V. WALT DISNEY WORLD CO., ET AL.

No. 12-851.  |  April 15, 2013.

**Opinion**

End of Document

*1 The petition for writ of certiorari is denied.

**Parallel Citations**

81 USLW 3411

© 2013 Thomson Reuters. No claim to original U.S. Government Works.

WestlawNext © 2013 Thomson Reuters. No claim to original U.S. Government Works.

Westlaw.

Date of Printing: Apr 16, 2013

## KEYCITE

**H** Miller v. Walt Disney World Co., 2013 WL 140294, 81 USLW 3411 (U.S., Apr 15, 2013) (NO. 12-851, 12A457)

### History

### Direct History

⚑     1 Ault v. Walt Disney World Co., 254 F.R.D. 680, 21 A.D. Cases 695, 38 NDLR P 124 (M.D.Fla. Jan 05, 2009) (NO. 6:07CV1785-ORL-31KRS)

          *Order Vacated by*

⚑     2 Ault v. Walt Disney World Co., 2009 WL 3242028, 22 A.D. Cases 851, 40 NDLR P 19 (M.D.Fla. Oct 06, 2009) (NO. 607-CV1785-ORL-31KRS)

          *Judgment Vacated by*

**H**     3 Ault v. Walt Disney World Co., 405 Fed.Appx. 401 (11th Cir.(Fla.) Dec 14, 2010) (Not selected for publication in the Federal Reporter, NO. 09-15668)

          *On Remand to*

**H**     4 Ault v. Walt Disney World Co., 2011 WL 1460181, 43 NDLR P 48 (M.D.Fla. Apr 04, 2011) (NO. 6:07-CV-1785-ORL31KR)

          *Affirmed by*

**H**     5 Ault v. Walt Disney World Co., 692 F.3d 1212, 83 Fed.R.Serv.3d 373, 26 A.D. Cases 1435, 45 NDLR P 238, 23 Fla. L. Weekly Fed. C 1489 (11th Cir.(Fla.) Aug 30, 2012) (NO. 11-12013)

          *Certiorari Denied by*

=>     6 **Miller v. Walt Disney World Co.,** 2013 WL 140294, 81 USLW 3411 (U.S. Apr 15, 2013) (NO. 12-851, 12A457)

### Related References

**H**     7 Ault v. Walt Disney World Co., 2008 WL 490581, 20 A.D. Cases 654 (M.D.Fla. Feb 20, 2008) (NO. 6:07-CV1785ORL-31KRS)

**H**     8 Ault v. Walt Disney World Co., 2008 WL 2047930, 20 A.D. Cases 1235 (M.D.Fla. May 13, 2008) (NO. 607CV1785-ORL31KRS)

© 2013 Thomson Reuters. All rights reserved.